THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. COSIMO BRESCIA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 2, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Supreme Court, rendered March 12, 1926, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Raymond Malone* for appellant.

*Charles J. Dodd, District Attorney (James I. Cuff* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.